UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

GINA L. BEAM,

                  Plaintiff,

v.                                                                                   Civil No. 17-CV-1208 LJV

NIAGARA COUNTY,                                              **STIPULATION OF**
NIAGARA COUNTY COMMUNITY COLLEGE,    **VOLUNTARY DISMISSAL**
BOARD OF TRUSTEES – NIAGARA COUNTY       **WITH PREJUDICE**
COMMUNITY COLLEGE, COLLEGE
ASSOCIATION OF NIAGARA COUNTY
COMMUNITY COLLEGE, INC., JAMES P.
KLYCZEK, HENRY WOJTASZEK, and
CATHERINE BROWN,

                  Defendants.

**IT IS STIPULATED AND AGREED**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the attorneys for the parties to this action, that whereas no party is an infant or incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, this action, including all claims and counterclaims, is dismissed on the merits, with prejudice, and without costs to any party as against all remaining defendants in this action. Each party will bear its own attorneys' fees.

DATED: October 25, 2018

*Attorney for Plaintiff*

s/Anna Marie Richmond
Anna Marie Richmond
2500 Rand Building
14 Lafayette Square
Buffalo, New York 14203
Telephone: (716) 854-1100
Email: *annamarierichmondesq@gmail.com*

DATED: November 16, 2018

**HODGSON RUSS LLP**
*Attorneys for NCCC, The Board of Trustees of NCCC, The College Association of NCCC, James P. Klyczek, Henry Wojtaszek, and Catherine Brown*

s/Joshua Feinstein
Joshua Feinstein, Esq.
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone: (716) 856-4000
Email: *jfeinste@hodgsonruss.com*